# IN THE SUPREME COURT OF THE STATE OF NEVADA

KENTRELL DUMURIE WELCH, A/K/A
KENTRELL "SLIM" WELCH,
              Appellant,
        vs.
THE STATE OF NEVADA,
              Respondent.

No. 80397

**FILED**

FEB 20 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

Appellant filed a notice of appeal on January 7, 2020. The notice of appeal states that appellant is challenging the "denial of pre-sentence conviction" entered on November 19, 2019. However, a review of the district court docket entries reveals that no order was entered on that date. To the extent that appellant's appeal is in regard to the order dismissing appeal entered on November 19, 2019, in Docket No. 77887-COA, no statute or court rule permits an appeal from such an order. *See* NRAP 40B(a) ("A decision of the Court of Appeals is a final decision that is not reviewable by the Supreme Court except on petition for review."); *Castillo v. State*, 106 Nev. 349, 792 P.2d 1133 (1990) (right to appeal is statutory; where no statute or court rule provides for an appeal, no right to

SUPREME COURT
OF
NEVADA

(O) 1947A

20-06974

appeal exists). To the extent that the document can be construed as a petition for review, it was untimely filed. *See* NRAP 40B(c). Accordingly, this court

ORDERS this appeal DISMISSED.[1]

_____ , J.
Gibbons

_____ , J.
Stiglich

_____ , J.
Silver

cc:  Hon. Kathleen E. Delaney, District Judge
     Kentrell Dumurie Welch
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk

---

[1]The filing fee was waived upon the docketing of this appeal. Accordingly, no action will be taken on the application to proceed in forma pauperis filed on February 3, 2020. In addition, no action will be taken on the pro se document filed on February 11, 2020.